Hruska et al., Appellants, *v.* Gibson, Executor.

Argued September 26, 1934. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

520

*Error assigned,* inter alia, was judgment of non pros., quoting record.

*J. Wray Connolly,* with him *P. K. Jones,* for appellants.

*Joseph F. Mayhugh,* for appellee, was not heard.

PER CURIAM, November 26, 1934:
The judgment of non pros., entered in this case in the lower court, is affirmed on the opinion of Judge ROWAND.